UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROY CHEESMAN,<br><br>            Plaintiff,<br><br>     vs.<br><br>COMMUNITY HEALTHCARE OF<br>CENTRAL WASHINGTON,<br><br>            Defendant. | NO.  CV-09-3001-LRS<br><br>ORDER OF DISMISSAL |

   On January 4, 2009, plaintiff Roy Cheesman filed a pro se Complaint with this Court against the Community Healthcare of Central Washington. (Ct. Rec. 4). Under 28 U.S.C. §1915, district courts are required to screen *pro se* complaints for legal and factual sufficiency.  On April 17, 2009, the Court conducted the required screening.  Plaintiff states that the district court has jurisdiction under 28 U.S.C. § 1331, which reads:

>    Federal question
>
>    The district courts shall have original
>    jurisdiction of all civil actions arising under
>    the Constitution, laws, or treaties of the
>    United States.

The Court determines that Plaintiff's Complaint fails to comply with Federal Rule of Civil Procedure 8(a) and fails to state a claim(s) for which federal jurisdiction lies.  This action does not

ORDER OF DISMISSAL - 1

arise under the Constitution, laws, or treaties of the United States. Rather it appears to allege a state law claim, i.e., tort of defamation.

When a complaint is dismissed under section 1915(e), the plaintiff should be given leave to amend the complaint with directions as to curing its deficiencies, unless it is clear from the face of the complaint that the deficiencies could not be cured by amendment. *Noll v. Carlson*, 809 F.2d 1446, 1448 (9th Cir.1987)(dismissal for failure to state a claim). The Court finds that the deficiencies herein cannot be cured by amendment. The Court hereby dismisses Plaintiff's action without prejudice.

**IT IS HEREBY ORDERED**: Plaintiff's action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment accordingly, provide a copy to plaintiff, and **CLOSE THIS FILE.**

**DATED** this       20th      day of April, 2009.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL – 2