AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ROY CHEESMAN,

                Plaintiff,

v.

COMMUNITY HEALTHCARE OF CENTRAL WASHINGTON,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-3001-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's action is DISMISSED without prejudice.

| April 20, 2009 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |